# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED SEP 30 1999 OFFICE-CLERK, U.S. DIST. CT. SAN JUAN, P.R.*

Jason Bercovitch, et al.
_____
Plaintiff(s)

vs.                                  Civil No. 97-1336 (SEC)

Baldwin School, Inc., et al.
_____
Defendant(s)

## DESCRIPTION OF MOTION

DATE FILED: 2/3/99  DOCKET: 133  TITLE: Motion for Execution of Order

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED                    [ ] DENIED

[ ] NOTED                       [ ] MOOT

## ADDITIONAL COMMENTS:

_____

September 30, 1999                    /s/ Salvador E. Casellas
DATE                                   SALVADOR E. CASELLAS
                                       U.S. DISTRICT JUDGE

(134)