IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| JASON BERCOVITCH, by and through his parents Fred and Denise Bercovitch; and on their own behalf | * | CASE NO. 97-1336(SEC) |
| | * | |
| Plaintiffs | * | |
| vs. | * | |
| BALDWIN SCHOOL, INC.; ALAN P. AUSTEN, Headmaster; NANCY PAGAN, Elementary School Principal | * | |
| | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



ORDER

This Court entered an Opinion and Order in the above-captioned case on the 15th day of September of 1998 in the amount of $14,078.28 against plaintiffs Jason Bercovitch, by and through his parents Fred and Denise Bercovitch; and on their own behalf, as costs payable to the Baldwin School of Puerto Rico, Inc. Said Oder was entered on September 16, 1998. More than thirty (30) days have elapsed from the date the Order was entered. The above mentioned plaintiffs have not paid to the defendants the money ordered. There is no stay in effect which may affect the enforceability and execution of said order.

WHEREFORE, the Court, having granted Defendant's Motion for Execution of Judgment on this same date, and there being no just cause for delay, orders the U.S. Marshal to proceed forthwith with the execution of said Order, according to the instructions in the Writ of Execution attached to this Order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26 day of OCT. , 1999.

_____
SALVADOR E. CASELLAS
United States District Judge

(2)