UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BERCOVITCH, et al.
    Plaintiffs
        v.                    Civil No. 97-1336(SEC)
BALDWIN SCHOOL, INC., et al.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket # 137**<br>"Pro Se Motion to Change Counsel of Record and to Withdraw Bond Funds" | Plaintiffs' motion to withdraw funds in **granted**. The Clerk of the Court shall from now on notify Denise Bercovitch with all filings in this case to V4 Calabura, Urb. Santa Clara, Guaynabo, PR 00969. |

DATE: December 20, 1999

                                      SALVADOR E. CASELLAS
                                      United States District Judge

