IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BERCOVITCH, et al. | * |
| Plaintiffs | * |
| v. | * Crim. No. 97-1336(SEC) |
| BALDWIN SHOOL, INC., et. al. | * |
| Defendants | * |

## JUDGMENT

After our January 26, 1998, Judgment was entered **(Docket #126)**, this case was reopened to comply with a decision by the First Circuit Court of Appeals, and defendant's request for attorney's fees. After resolving all of the pending issues, the Court hereby re-enters its original Judgment.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of January, 2001.

SALVADOR E. CASELLAS
United States District Judge


AO 72A
(Rev.8/82)

